IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 12-09365-BKT |
|---|---|
| MARIA MARGARITA LOPEZ MARTINEZ | CHAPTER 7 |
| DEBTOR(S) | |

**DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "F"**

TO THE HONORABLE COURT:

**COMES NOW, MARIA MARGARITA LOPEZ MARTINEZ** debtor through their undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The debtor hereby amends Schedule F to previously filed schedule "F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: *include an unsecured creditor named Departamento de Transportacion y obras publicas, postal address PO Box 41269 San Juan PR 00940-1269.*

**WHEREFORE**, the debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

**NOTICE**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

1

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Agustine Velez Jimenez; to the creditor affected by the amendment: *Departamento de Transportacion y obras publicas, postal address PO Box 41269 San Juan PR 00940-1269*; and creditors and parties in interest as per the attached master address list.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 23 day of January, 2013.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL NO (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIA MARGARITA LOPEZ MARTINEZ

Debtor(s)

CASE NUMBER: 12-09365-BKT

CHAPTER 7

## DEBTOR'S VERIFICATION

I (We) declare under penalty of perjury that I (we) has (have) read the foregoing motion and that the same has also been explained to me (us), and that the averments therein contained are true and correct to the best of my (our) knowledge, information and belief. I, (We) also declare, under penalty of perjury that I (we) have read the foregoing amended **Schedule F**, consisting of _2_ sheet(s), and that it is true and correct to the best of my (our) information, knowledge and belief.

In Caguas Puerto Rico this _23_ day of January, 2013.

_[signature]_
MARIA MARGARITA LOPEZ MARTINEZ

B6F (Official Form 6F) (12/07)

IN RE LOPEZ MARTINEZ, MARIA MARGARITA        Case No. 3:12-bk-9365
                Debtor(s)                           (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 000207129610<br>AAA<br>PO BOX 70101<br>SAN JUAN, PR  00936-8101 | | | UTILITY | | | | 900.00 |
| ACCOUNT NO. 3784270000<br>AEE<br>PO BOX 363508<br>SAN JUAN, PR  00936-3508 | | | UTILITY | | | | 3,124.00 |
| ACCOUNT NO. 755209271<br>CLARO<br>PO BOX 70366<br>SAN JUAN, PR  00936-8366 | | | OPEN ACCOUNT OPENED 1/2012 | | | X | 82.00 |
| ACCOUNT NO. 753569443<br>CLARO<br>PO BOX 70366<br>SAN JUAN, PR  00936-8366 | | | OPEN ACCOUNT OPENED 11/2011 | | | X | 33.00 |

1 continuation sheets attached

Subtotal (Total of this page) $ 4,139.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE LOPEZ MARTINEZ, MARIA MARGARITA  Case No. 3:12-bk-9365
Debtor(s) (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 749690351<br>CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | | | OPEN ACCOUNT OPENED 4/2011 | | | X | 19.00 |
| ACCOUNT NO. 2559183<br>DPTO DE TRANSPORTACION Y OBRAS PUBLICAS<br>PO BOX 41269<br>SAN JUAN, PR 00940-1269 | | | Ticket: 28196684, 7233952, 7233498, 7233951, 7233500, 7233499, 466698 | | | | 650.00 |
| ACCOUNT NO. xxx-xx-7014<br>FUNDACION DE HOGARES<br>PO BOX 11798 FERNANDEZ JUNCOS STA<br>SAN JUAN, PR 00910 | | | Rent | | | | 502.00 |
| ACCOUNT NO. 761014677<br>T-MOBILE<br>PO BOX 660252<br>DALLAS, TX 75266-0252 | | | OPEN ACCOUNT OPENED 5/2010 | | | | 109.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 1,280.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 5,419.00

LOPEZ MARTINEZ, MARIA MARGARITA
TURABO GARDENS 5
E3 39 STREET
CAGUAS, PR 00725-0000


R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677


AAA
PO BOX 70101
SAN JUAN, PR 00936-8101


AEE
PO BOX 363508
SAN JUAN, PR 00936-3508


CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366


DPTO DE TRANSPORTACION Y OBRAS
PUBLICAS
PO BOX 41269
SAN JUAN, PR 00940-1269


FUNDACION DE HOGARES
PO BOX 11798 FERNANDEZ JUNCOS STA
SAN JUAN, PR 00910


Fundacion De Hogares
Po Box 11798 Fernandez Juncos Sta.
San Juan, PR 00910-1798


T-MOBILE
PO BOX 660252
DALLAS, TX 75266-0252